# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND MIMMS, | )  1:06cv0252 AWI DLB |
| | ) |
| | ) |
| | )  ORDER TO SUBMIT APPLICATION TO |
| Plaintiff, | )  PROCEED IN FORMA PAUPERIS |
| | )  **OR** PAY FILING FEE |
| v. | ) |
| | ) |
| LYNN ATKINSON, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $250.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk's Office shall send Plaintiff the appropriate form for application to proceed in forma pauperis; and

2.  Within thirty days of the date of service of this order, Plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $250 filing fee for this action.

Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **March 30, 2006**                              **/s/ Dennis L. Beck**

3b142a                                                          UNITED STATES MAGISTRATE JUDGE

1