# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND MIMMS, | ) 1:06cv0252 AWI DLB |
| | ) |
| | ) ORDER DENYING PLAINTIFF'S |
| | ) MOTION TO COMPEL |
| Plaintiff, | ) (Document 7) |
| | ) |
| v. | ) ORDER GRANTING PLAINTIFF A THIRTY |
| | ) DAY EXTENSION TO COMPLY WITH THE |
| LYNN ATKINSON, et al., | ) COURT'S MARCH 31, 2006, ORDER |
| | ) (Document 6) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed his complaint on March 6, 2006.  Plaintiff has not paid the $250.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Therefore, on March 31, 2006, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee.

On April 28, 2006, Plaintiff filed a document entitled, "Motion for Corcoran Prison Officials to Submit Application to Proceed In Forma Pauperis."  He alleges that he submitted two applications to the Corcoran Prison Trust Account Office and that the office has not completed and returned the applications.  Plaintiff requests that the Court compel the trust account office to complete the application and return it to the Court.[1]

---

[1] Plaintiff attached a copy of his trust account statement, but did not submit a completed application to proceed in forma pauperis.

1

     The Court has no authority over prison officials and therefore cannot compel the trust account office to complete and submit Plaintiff's application. By this order, Plaintiff shall be provided with thirty additional days within which to comply with the Court's order of March 31, 2006. In the Court's experience, each prison has a procedure for submitting applications to proceed in forma pauperis. Although it may take some time for the prison to complete the form and send it to the court, utter noncompliance by prison officials in this area is not a problem this Court has encountered before. Plaintiff shall show this order to his correctional counselor, request further instruction, and comply with whatever instructions are given. In the event that Plaintiff's application is currently pending with the trust account office, it is requested that Plaintiff's counselor seek the status and inform Plaintiff of the status.

     Accordingly, it is HEREBY ORDERED that:

     1.    Plaintiff's motion, filed April 28, 2006, is DENIED;

     2.    Plaintiff is granted an extension of **thirty (30) days** from the date of service of this order within which to comply with the Court's Order of March 31, 2006; and

     3.    Plaintiff shall show a copy of this order to his correctional counselor, request assistance with compliance, and follow whatever instructions are given.

     IT IS SO ORDERED.

Dated: May 15, 2006          /s/ Dennis L. Beck
3b142a                                     UNITED STATES MAGISTRATE JUDGE