# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND MIMMS, ) | 1:06cv0252 AWI DLB |
| ) | |
| ) | FINDINGS AND RECOMMENDATION |
| ) | RECOMMENDING PLAINTIFF BE DENIED |
| Plaintiff, ) | LEAVE TO PROCEED IN FORMA PAUPERIS |
| ) | AND BE ORDERED TO PAY THE $350.00 |
| v. ) | FILING FEE WITHIN FIFTEEN DAYS |
| ) | |
| LYNN ATKINSON, et al., ) | (Document 11) |
| ) | |
| ) | |
| Defendants. ) | |

Plaintiff Demond Mimms ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed his complaint on March 6, 2006, and is seeking leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

28 U.S.C. § 1915 governs proceedings in forma pauperis.  Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  A review of the record of actions filed by Plaintiff in the United States District Court for the Eastern District of California reveals that Plaintiff has filed three or more actions that were dismissed as frivolous, as malicious, or for failing to state a

claim upon which relief may be granted.[1]  Thus, Plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless he is, at the time the complaint is filed, under imminent danger of serious physical injury.  The Court has reviewed Plaintiff's complaint and finds that he has alleged no facts that support a finding that he is, at this time, under imminent danger of serious physical injury.  Thus, Plaintiff may not proceed in forma pauperis, and must submit the appropriate filing fee in order to proceed with this action.

Accordingly, based on the foregoing, the court HEREBY RECOMMENDS that:

1. Pursuant to 28 U.S.C. § 1915(g), Plaintiff be denied leave to proceed in forma pauperis;

2. Plaintiff be ordered to submit the $350.00 filing fee in full within fifteen (15) days; and

3. If Plaintiff fails to pay the $350.00 filing fee in full within fifteen (15) days, this action be dismissed, without prejudice.

These Findings and Recommendations will be submitted to the Honorable Anthony W. Ishii, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **fifteen (15) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:     July 17, 2006                           /s/ Dennis L. Beck
3b142a                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Among the dismissals suffered by Plaintiff that count as strikes under 1915(g) are Mimms v. George, 1:05cv0089 REC DLB P (dismissed for failure to state claim on June 10, 2005); Mimms v. Galaza, 1:05cv0142 REC WMW P (dismissed for failure to state claim on November 9, 2005); and Mimms v. Petrucelli, 1:05cv0144 REC DLB P (dismissed for failure to state a claim on April 7, 2005).