1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEMOND MIMMS, | ) | 1:06cv0252 AWI DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| Plaintiff, | ) | (Document 12) |
| | ) | |
| v. | ) | ORDER REQUIRING PLAINTIFF TO PAY |
| | ) | THE $350.00 FILING FEE WITHIN FIFTEEN |
| LYNN ATKINSON, et al., | ) | DAYS |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Demond Mimms ("Plaintiff") is a state prisoner proceeding pro se in a civil

rights action pursuant to 42 U.S.C. § 1983.

On July 18, 2006, the Magistrate Judge issued Findings and Recommendation that

Plaintiff be denied leave to proceed in forma pauperis and ordered to pay the filing fee within

fifteen (15) days. The Findings and Recommendation was served on all parties and contained

notice that any objections were to be filed within fifteen (15) days. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a

*de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the

Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations dated July 18, 2006, is ADOPTED IN

        FULL;

1

2.     Plaintiff's application to proceed in forma pauperis is DENIED; and

3.     Plaintiff SHALL pay the filing fee of $350.00 within fifteen (15) days of the date of this order.  Failure to pay the filing fee within that time will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:     September 2, 2006**                             /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE