# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND MIMMS, </br></br> Plaintiff, </br></br> v. </br></br> LYNN ATKINSON, et al., </br></br> Defendants. | 1:06cv0252 AWI DLB </br></br> ORDER ADOPTING FINDINGS AND RECOMMENDATION </br> (Document 14) </br></br> ORDER DISMISSING ACTION |

    Plaintiff Demond Mimms ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

    On September 28, 2006, the Magistrate Judge issued Findings and Recommendation that this action be dismissed for Plaintiff's failure to follow a Court order. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. No party has filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated September 28, 2006, is ADOPTED IN FULL;

2. This action is DISMISSED.  This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:**   **December 11, 2006**           /s/ Anthony W. Ishii
0m8i78                                         UNITED STATES DISTRICT JUDGE